Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant Northgate Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2, | Case No. 2:17-cv-02192-JAD-(GWF) |
| Plaintiff, | |
| v. | |
| NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 4856 MINTURN AVE and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

## STIPULATION AND ORDER TO EXTEND

## REBUTTAL EXPERT DISCLOSURE DEADLINE

### (First Request)

Plaintiff The Bank of New York Mellon (the "Lender"), formerly known as The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2; Defendant Northgate Homeowner Association (the "HOA"); and Defendant Saticoy Bay LLC, Series 4856 Minturn Ave (the "Buyer") stipulate to an order extending the rebuttal expert disclosure deadline. Defendant Nevada Association Services, Inc. ("NAS") has not appeared in this case. This is the first request to extend those deadlines.

The present and proposed deadlines are set forth in Section D below. The extension is necessary to accommodate the additional needed for the HOA to obtain a rebuttal expert opinion.

**A.    DISCOVERY COMPLETED TO DATE**

The Rule 26(f) conference was held on October 3, 2018. Following the Rule 26(f) conference, the proposed Discovery Plan and Scheduling Order was filed on October 25, 2018 and approved by this Court on October 26, 2018. After the court's approval of the Discovery Plan and Scheduling Order, the parties exchanged initial disclosures and served written discovery requests on either the Lender or the Buyer. Around October 25, 2018, the Lender served a subpoena for documents on NAS. NAS responded to the subpoena around November 20, 2018. On January 24, 2019, the Lender served its initial expert disclosure. The Buyer served their responses to the Lender's discovery requests on February 4, 2019.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery remains incomplete:

1.    the Lender's response to the HOA's and the Buyer's written discovery requests;

2.    rebuttal expert disclosures; and

3.    deposition of the parties' representatives.

**C.    REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST**

The parties have worked diligently and cooperatively to complete discovery in this matter. Notably, shortly after receiving the Lender's initial expert disclosure, the HOA has attempted to retain an appraisal expert to rebut the Lender's expert opinion. However, the HOA has encountered difficulty retaining an expert within the thirty-day timeframe for the rebuttal expert disclosure. For example, the HOA's anticipated rebuttal expert has declined involvement with this case, forcing the HOA secure a different rebuttal expert on shortened time. Good cause therefore justifies the requested extension of discovery.

**D.    PROPOSED DISCOVERY SCHEDULE**

Pursuant to LR 26-4, the parties propose to extend the current deadlines and jointly submit the following to the Court:

1.  **Discovery Cut-Off Date**: The current discovery cut-off date is March 25, 2019. The parties do not seek an extension of this deadline.

2.  **Deadline for Amending Pleadings or Adding Parties**: The deadline for amending pleadings has passed. The parties do not seek an extension of this deadline.

3.  **Rule 26(a)(2) Disclosures**: The deadline for serving initial expert disclosure deadline has passed. The parties do not seek an extension of this deadline. The current rebuttal expert disclosure deadline is February 25, 2019. The parties propose to extend such deadline by about one month, which will make the new deadline March 25, 2019.

4.  **Dispositive Motions**. The current deadline for filing dispositive motions is April 24, 2019. The parties do not seek an extension of this deadline.

5.  **Interim Status Report**: The deadline to file the Interim Status Report was January 24, 2019. Since that date has now passed, the parties do not seek an extension of this deadline.

6.  **Pre-Trial Order**. The current deadline to file the Joint Pretrial Order is make May 24, 2019, unless otherwise suspended under LR 26-1(b)(5). The parties do not seek an extension of this deadline. In the event dispositive motions are filed, the deadline for filing the joint pre-trial order shall be suspended until 30 days after the decision on the dispositive motions or until further order of the court.

IT IS SO STIPULATED.

Dated: March 4, 2019

AKERMAN LLP

_/s/Tenesa S. Powell_____
Ariel E. Stern, Esq.
Tenesa S. Powell, Esq.
1635 Village Center Circle, Suite 200
Henderson, Nevada 89134
*Attorneys for Plaintiff*

Dated:  March 4, 2019

LAW OFFICES OF MICHAEL F. BOHN, ESQ.

_/s/Nikoll Nikci_____
Michael F. Bohn, Esq.
Adam R. Trippiedi, Esq.
Nikoll Nikci, Esq.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
*Attorneys for Defendant Saticoy Bay LLC, Series 4856 Minturn Ave*

1426336v.1

Dated: March 4, 2019

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/I-Che Lai
Sheri M. Thome, Esq.
I-Che Lai, Esq.
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Northgate
Homeowners Association*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____March 5, 2019_____