1   ARIEL E. STERN, ESQ.
    Nevada Bar No. 8276
2   TENESA S. POWELL, ESQ.
    Nevada Bar No.12488
3   AKERMAN LLP
    1635 Village Center Circle, Suite 200
4   Las Vegas, NV 89134
    Telephone: (702) 634-5000
5   Facsimile: (702) 380-8572
    Email: ariel.stern@akerman.com
6   Email: tenesa.powell@akerman.com

7   *Attorneys for The Bank of New York Mellon*
    *f/k/a The Bank of New York as Trustee For*
8   *The Certificateholders of The CWALT, Inc.,*
    *Alternative Loan Trust 2007-OA2, Mortgage*
9   *Pass-Through Certificates, Series 2007-OA2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 4856 MINTURN AVE and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-02192-JAD-GWF <br><br> **ORDER GRANTING STIPULATION FOR LEAVE TO FILE REPLY BEYOND DEADLINE** <br><br> **[ECF No. 37]** |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 (**BoNYM**), Northgate Homeowners Association (**HOA**) and Saticoy Bay, LLC Series 4856 Minturn Ave (**Saticoy Bay**), through the undersigned counsel of record, hereby stipulate as follows:

48714970;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1.      BoNYM filed its motion for summary judgment on March 11, 2019.  [ECF No. 32].
HOA filed it response to BoNYM's motion on April 1, 2019 [ECF No. 33] and Saticoy Bay filed its
response to motion on April 1, 2019 [ECF No. 34].  BoNYM's reply was due on April 15, 2019.

2.      The parties hereby stipulate and agree BoNYM shall have leave to file its reply brief
two days (2) days from the date this court grants the stipulation.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

48714970;1

3.      This is the first request for an extension of this deadline and is not made for purposes of undue delay. Counsel for BoNYM came down with the flu on the original due date for the reply and the reply brief was inadvertently not filed in counsel's absence. Counsel discovered the issue on April 24, 2019 and promptly conferred with opposing counsel, who agreed to the late filing of the reply brief.

DATED April 25, 2019

| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN** |
|---|---|
| /s/ *Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2* | /s/ *Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorney for Saticoy Bay LLC Series 4856 Minturn Ave* |
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br><br>/s/ *Sheri M. Thome*<br>I-CHE LAI, ESQ.<br>Nevada Bar No. 12247<br>SHERI M. THOME, ESQ.<br>Nevada Bar No. 8657<br>300 S. Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Northgate Homeowners Association* | |

## ORDER

     Good cause and excusable neglect appearing, IT IS HEREBY ORDERED that the parties' stipulation [ECF No. 37] is **GRANTED.** The time for BoNYM to file its reply brief is reopened and extended to **April 30, 2019.**

_____
U.S. District Judge Jennifer A. Dorsey

DATED: _____April 26, 2019_____

AKERMAN LLP<br>1635 VILLAGE CENTER CIRCLE, SUITE 200<br>LAS VEGAS, NEVADA 89134<br>TEL.: (702) 634-5000 – FAX: (702) 380-8572