ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon
f/k/a The Bank of New York as Trustee For
The Certificateholders of The CWALT, Inc.,
Alternative Loan Trust 2007-OA2, Mortgage
Pass-Through Certificates, Series 2007-OA2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2, | Case No.: 2:17-cv-02192-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO AMEND/CORRECT JUDGMENT** |
| vs. | [FIRST REQUEST] |
| NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 4856 MINTURN AVE and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 (**BoNYM**), Northgate Homeowners Association (**HOA**) and Saticoy Bay, LLC Series 4856 Minturn Ave (**Saticoy Bay**), through the undersigned counsel of record, hereby stipulate as follows:

1

48714970;1

1.	Saticoy Bay filed its motion to amend/correct judgment on July 11, 2019 [ECF No. 47]. BoNYM's response is due on July 25, 2019.

2.	The parties hereby stipulate and agree BoNYM shall have an additional fourteen (14) additional days to file its response to Saticoy Bay's motion to amend/correct judgment. The new deadline for BoNYM to file its response to Saticoy Bay's motion shall be **August 8, 2019**.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

48714970;1

1    3.    This is the first request for an extension of this deadline and is not made for purposes

2  of undue delay, but to allow counsel sufficient time to address the argument raised in the motion.

3  DATED July 24, 2019

| **AKERMAN LLP**<br><br>/s/ *Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2* | **LAW OFFICE OF MICHAEL F. BOHN**<br><br>/s/ *Michael Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorney for Saticoy Bay LLC Series 4856 Minturn Ave* |
|---|---|
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br><br>/s/ *I-Che Lai*<br>I-CHE LAI, ESQ.<br>Nevada Bar No. 12247<br>SHERI M. THOME, ESQ.<br>Nevada Bar No. 8657<br>300 S. Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Northgate Homeowners Association* | |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: July 25, 2019.

3

48714970;1