MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 4856 Minturn Ave

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-0A2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-0A2,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 4586 MINTURN AVE; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-02192-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT SATICOY BAY LLC SERIES 4856 MINTURN AVE TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO ALTER OR AMEND** |

Defendant Saticoy Bay LLC Series 4856 Minturn Ave and plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, INC., Alternative Loan Trust 2007-0A2, Mortgage Passthrough Certificates, Series 2007-0A2, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Saticoy Bay filed its motion to alter or amend on July 11, 2019 (ECF No. 47).

2. The Bank of New York Mellon filed its response on August 8, 2019 (ECF No. 50).

///

1

3. The parties hereby stipulate and agree Saticoy Bay shall an additional seven (7) days to file its reply to The Bank of New York Mellon's opposition to motion alter or amend (ECF No. 50). The new deadline for Saticoy Bay's reply shall be August 22, 2019.

4. This request is made due to the press of business as counsel for defendant has deadlines in this matter as well as other cases.

5. This is the first request for an extension of this deadline and this request is made in good faith and not for purposes of delay.

Dated this 15th day of August, 2019

**LAW OFFICE OF MICHAEL F. BOHN**

/s/ *Michael F. Bohn, Esq.*
MICHAEL F. BOHN, ESQ.
NIKOLL NIKCI, ESQ.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorney for Saticoy Bay LLC Series*
*4856 Minturn Ave*

**AKERMAN LLP**

/s/ *Tenesa S. Powell*
ARIEL E. STERN, ESQ.
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for The Bank of New York Mellon*
*f/k/a The Bank of New York as Trustee For The*
*Certificateholders of The CWALT, Inc.,*
*Alternative Loan Trust 2007-OA2, Mortgage*
*Pass-Through Certificates, Series 2007-OA2*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ *I-Che Lai*
I-CHE LAI, ESQ.
SHERI M. THOME, ESQ.
300 S. Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Northgate Homeowners*
*Association*

IT IS SO ORDERED this 16th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE