ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No.12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 4856 MINTURN AVE and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-02192-JAD-GWF <br><br><br> **STIPULATION AND ORDER TO RE-SET DISPOSITIVE MOTION DEADLINES** <br><br><br> ECF No. 77 |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 (**BoNYM**) and Saticoy Bay, LLC Series 4856 Minturn Ave (**Saticoy Bay**), through undersigned counsel of record, submit the following stipulation and order to reset dispositive motion deadlines:

1.      BoNYM filed its complaint against Saticoy Bay and other defendants on August 15, 2017.  ECF No. 1.

72971378;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2.      On October 18, 2017, Saticoy Bay moved to dismiss BoNYM's complaint.  ECF No. 12.

3.      Following discovery, BoNYM and Saticoy Bay moved for summary judgment.  *See* ECF Nos. 32, 36.

4.      On June 14, 2019, this court entered judgment finding all parties' claims time barred. ECF No. 46.

5.      BoNYM and Saticoy Bay appealed.  ECF Nos. 61, 64.

6.      BoNYM and Northgate Homeowners Association settled the claims between them during the appeal.

7.      On December 15, 2022, the Ninth Circuit entered an order that remanded the case to this court for further proceedings consistent with *U.S. Bank, N.A. v. Thunder Properties, Inc.*, 503 P.3d 299 (Nev. 2022).  ECF No. 73.

8.      On June 6, 2023, BoNYM and Saticoy Bay filed a joint status report requesting the court re-set the dispositive motion deadline.  ECF No. 76.

9.      In light of the remand and the parties' efforts to obtain adjudication of their claims, BoNYM and Saticoy Bay stipulate and agree to re-set the dispositive motion deadline and request an order re-setting the dispositive motion deadline 75 days from the entry of an order granting this stipulation.

DATED October 23, 2023

| AKERMAN LLP | LAW OFFICE OF MICHAEL F. BOHN |
|---|---|
| _/s/ Natalie L. Winslow_ | _/s/ Michael Bohn_ |
| ARIEL E. STERN, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 1641 |
| NATALIE L. WINSLOW, ESQ. | 2260 Corporate Circle, Suite 480 |
| Nevada Bar No. 12125 | Henderson, NV 89074 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Saticoy Bay LLC Series 4856 Minturn Ave* |
| *Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2* | |

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

72971378;1

## ORDER

Based upon the stipulation of the parties [ECF No. 77] , and good cause appearing:

**IT IS HEREBY ORDERED that dispositive motions are due by January 7, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 24, 2023

**AKERMAN LLP**

_/s/ Natalie L. Winslow_
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

_Attorneys for The Bank of New York Mellon_
_f/k/a The Bank of New York as Trustee For_
_The Certificateholders of The CWALT, Inc.,_
_Alternative Loan Trust 2007-OA2, Mortgage_
_Pass-Through Certificates, Series 2007-OA2_

72971378;1