MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 4856 Minturn Ave

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-0A2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-0A2,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 4586 MINTURN AVE; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-02192-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT SATICOY BAY LLC SERIES 4856 MINTURN AVE TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF 80)**<br><br>First Extension<br><br>ECF No. 81 |

Defendant Saticoy Bay LLC Series 4856 Minturn Ave and plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, INC., Alternative Loan Trust 2007-0A2, Mortgage Passthrough Certificates, Series 2007-0A2, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Bank of New York Mellon filed its motion for summary judgment on January 8, 2024 (ECF No. 80).

/ / /

/ / /

1

2. The parties hereby stipulate and agree Saticoy Bay shall an additional thirty (30) days to file its opposition to The Bank of New York Mellon's motion  The new  deadline for Saticoy Bay's opposition shall be February 28, 2024.

3. This request is made to allow the parties to explore settlement of this case.

4. This is the first request for an extension of this deadline and this request is made in good faith and not for purposes of delay.

Dated this 29th day of January, 2024

| LAW OFFICE OF MICHAEL F. BOHN | AKERMAN LLP |
|---|---|
| /s/ /Michael F. Bohn,Esq./<br>MICHAEL F. BOHN, ESQ.<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br>*Attorney for Saticoy Bay LLC Series*<br>*4856 Minturn Ave* | /s/ / Natalie Winslow, Esq./<br>ARIEL E. STERN, ESQ.<br>Natalie Winslow, Esq.<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for The Bank of New York Mellon*<br>*f/k/a The Bank of New York as Trustee For The*<br>*Certificateholders of The CWALT, Inc.,*<br>*Alternative Loan Trust 2007-OA2, Mortgage*<br>*Pass-Through Certificates, Series 2007-OA2* |

IT IS SO ORDERED this __2nd__ day of February 2024

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICE OF MICHAEL F. BOHN

/s/ /Michael F. Bohn,Esq./
MICHAEL F. BOHN, ESQ.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
Attorney for Saticoy Bay LLC Series
4856 Minturn Ave

2