MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 4856 Minturn Ave

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-0A2, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-0A2,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 4586 MINTURN AVE; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-02192-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT SATICOY BAY LLC SERIES 4856 MINTURN AVE TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF 80)**<br><br>Second Extension |

Defendant Saticoy Bay LLC Series 4856 Minturn Ave and plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, INC., Alternative Loan Trust 2007-0A2, Mortgage Passthrough Certificates, Series 2007-0A2, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Bank of New York Mellon filed its motion for summary judgment on January 8, 2024 (ECF No. 80).

/ / /

/ / /

1

1      2.     The parties hereby stipulate and agree Saticoy Bay shall have until March 15, 2024 to file

2 a response to the motion for summary judgment (ECF No. 80).

3      3.     This request is made to allow the parties to explore settlement of this case.

4      4.     This is the second for an extension of this deadline and this request is made in good faith

5 and not for purposes of delay.

6      Dated this 5th day of March, 2024

7 LAW OFFICE OF MICHAEL F. BOHN            AKERMAN LLP

8 /s/ /Michael F. Bohn,Esq./                  /s/ / Anona Su, Esq./
MICHAEL F. BOHN, ESQ.                      Anona Su, Esq.
9 2260 Corporate Circle, Suite 480            Natalie Winslow, Esq.
Henderson, NV 89074                         1635 Village Center Circle, Suite 200
10 *Attorney for Saticoy Bay LLC Series*         Las Vegas, NV 89134
*4856 Minturn Ave*                            *Attorneys for The Bank of New York Mellon*
11                                                *f/k/a The Bank of New York as Trustee For The*
                                               *Certificateholders of The CWALT, Inc.,*
12                                                *Alternative Loan Trust 2007-OA2, Mortgage*
                                               *Pass-Through Certificates, Series 2007-OA2*

13

14      IT IS SO ORDERED this __5th__ day of March 2024

15

16

17                                               _____
                                              UNITED STATES DISTRICT JUDGE
18

19

20 Respectfully submitted by:

21 LAW OFFICE OF MICHAEL F. BOHN

22 /s/ /Michael F. Bohn,Esq./
MICHAEL F. BOHN, ESQ.
23 2260 Corporate Circle, Suite 480
Henderson, NV 89074
24 Attorney for Saticoy Bay LLC Series
4856 Minturn Ave

25

26

27

28                                2