ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
ANONA SU, ESQ
Nevada Bar Number 16140
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: anona.su@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 4856 MINTURN AVE and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02192-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2 TO REPLY TO ITS SUMMARY JUDGMENT MOTION (DKT. 80)**<br><br>ECF No. 86 |

75701156;1

|   |   |
|---|---|
| SATICOY BAY LLC, SERIES 4856 MINTURN AVE, | |
| Counterclaimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA2, | |
| Counterdefendant. | |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee for The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 (**BoNYM**) and Saticoy Bay Series 4586 Minturn Ave (**Saticoy Bay**) by and through their respective counsel of record, hereby stipulate and agree as follows:

1. BoNYM filed its summary judgment motion on January 8, 2024.  Dkt. 80.

2. Saticoy Bay filed its opposition to BoNYM's motion on March 15, 2024.  Dkt. 85.

3. The parties hereby stipulate and agree BoNYM shall have an additional fourteen (14) days to file its reply to its summary judgment motion.  The new deadline for BoNYM's reply shall be April 12, 2024.

4. This is the first request for an extension of this deadline and this request is made in good faith and not for purposes of delay.

| **AKERMAN LLP** | **LAW OFFICE OF MICHALE F. BOHN** |
|---|---|
| /s/ Anona Su<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>ANONA SU, ESQ.<br>Nevada Bar No. 16140<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for The Certificateholders of The CWALT, Inc., Alternative Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2* | /s/ Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorney for Saticoy Bay LLC Series 4856 Minturn Ave.* |

75701156;1

**ORDER**

    Based on the parties' stipulation **[ECF No. 86]** and good cause appearing, IT IS HEREBY ORDERED that **the deadline for the Bank's reply in support of its motion for summary judgment is extended to April 12, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 2, 2024

3

75701156;1