AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

The Bank of New York Mellon

                Plaintiff,

v.

Northgate Homeowners Association et al

                Defendants.

PARTIAL FINAL
JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02192-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

PARTIAL FINAL JUDGMENT entered in favor of the Plaintiff Bank of New York Mellon fka the Bank of New York, as trustee for the certificate holders of the CWALT, Inc., Alternative Loan Trust 2007-0A2, Mortgage Pass-through Certificates, Series 2007-0A2, and against Saticoy Bay, LLC, Series 4586 Minturn Ave DECLARING that Defendant Saticoy Bay, LLC, Series 4586 Minturn Ave purchased property at 4586 Minturn Ave., in Las Vegas, Nevada, subject to the deed of trust recorded in the Clark County records on 12/01/2006 as Document Number 20061201-0004691.

07/02/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Zamora  
Deputy Clerk